

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00134-CV

Grupo Mexico S.A.B. de C.V.
v.
Mt. McKinley Insurance Company and Everest Reinsurance Company

On appeal from the
319th District Court of Nueces County, Texas
Trial Court Cause No. 07-5899-G

## JUDGMENT

This Court's judgment issued on December 19, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Grupo Mexico S.A.B. de C.V.

We further order this decision certified below for observance.

January 30, 2020